# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

| | |
|---|---|
| JACK R. BADER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>MIDLAND NATIONAL LIFE INSURANCE COMPANY and SAMMONS FINANCIAL GROUP, INC.<br><br>Defendants. | Civil Action No. 4:25-cv-0020<br><br>**NOTICE OF DISMISSAL AS TO DEFENDANT SAMMONS FINANCIAL GROUP, INC.**<br><br>CLASS ACTION |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), and in accord with the terms of a stipulated Tolling Agreement entered between Plaintiff Jack R. Bader ("Plaintiff") and Sammons Financial Group, Inc. ("Sammons"), Plaintiff hereby voluntarily dismisses, ***without prejudice***, all of his claims *as against Sammons only*, with each party to bear its own costs.

This Notice of Dismissal as to Sammons does not impact or relate to Plaintiff's claims against the remaining Defendant, Midland National Life Insurance Company, which claims shall proceed in the ordinary course.

Dated: May 13, 2025

Respectfully submitted,

/s/ Seth R. Klein_____
Robert A. Izard (*pro hac vice*)
Craig A. Raabe (*pro hac vice*)
Seth R. Klein (*pro hac vice*)
IZARD, KINDALL & RAABE LLP
29 South Main Street, Suite 305
West Hartford, CT  06107

Tel: (860) 493-6292
Fax: (860) 493-6290
rizard@ikrlaw.com
craabe@ikrlaw.com
sklein@ikrlaw.com

Joseph Gentile (*pro hac vice*)
Ronen Sarraf (*pro hac vice*)
SARRAF GENTILE LLP
10 Bond Street #212
Great Neck, NY 11021
Tel: (516) 699-8890
Fax: (516) 699-8968
joseph@sarrafgentile.com
ronen@sarrafgentile.com

Michael C. Kuehner AT0010974
Michael Kuehner Law, PLC
4300 Grand Avenue
Des Moines, Iowa 50312
Tel: (641) 425-4764
Fax: (515) 505-3434
michael@kuehnerlawfirm.com

ATTORNEYS FOR PLAINTIFF JACK R. BADER

## **CERTIFICATE OF SERVICE**

      I certify that on May 13, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System, which will serve all counsel of record.

                                              */s/ Seth R. Klein*
                                              Seth R. Klein