**UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF IOWA**

**CENTRAL DIVISION**

| | |
|---|---|
| JACK R. BADER, individually and on behalf of all others similarly situated,<br><br>　　　　　　　*Plaintiff*,<br>　　v.<br><br>MIDLAND NATIONAL LIFE INSURANCE COMPANY,<br><br>　　　　　　　*Defendant*. | Case No.: 4:25-cv-00020<br><br>Honorable Stephen H. Locher<br><br>**DEFENDANT MIDLAND NATIONAL LIFE INSURANCE COMPANY'S MOTION TO DISMISS FIRST AMENDED CLASS ACTION COMPLAINT**<br><br>**ORAL ARGUMENT REQUESTED** |

　　Defendant Midland National Life Insurance Company ("Midland") moves pursuant to Fed. R. Civ. P. 12(b)(6) for an order dismissing plaintiff's First Amended Class Action Complaint with prejudice. As discussed in the accompanying memorandum, plaintiff has failed to state a claim for breach of contract or under the Racketeer Influenced and Corrupt Organizations Act (RICO), 18 U.S.C.§ 1962(c). Plaintiff's contract claim fails because he has not alleged the breach of any terms of his insurance policy. Plaintiff's RICO claim fails because he has not alleged facts to support the existence of a distinct "enterprise." Plaintiff has also failed to allege his claims under RICO, common law fraud, and innocent misrepresentation with sufficient particularity, as required by Fed. R. Civ. P. 9.

**ORAL ARGUMENT REQUESTED**

Midland requests oral argument on this motion. Good cause exists to set this motion for oral argument, because it is a dispositive motion in a putative class action.

Dated: July 11, 2025        /s/ Thomas A. Evans

Michael A. Dee, AT0002043
Jennifer E. Lindberg, AT0013329
Brown, Winick, Graves, Gross, and Baskerville, P.L.C.
666 Grand Avenue, Suite 2000
Des Moines, IA 50309-2510
Telephone: 515-242-2400
Facsimile: 515-323-8531
Email: dee@brownwinick.com
Email: jen.lindberg@brownwinick.com

William H. Higgins, *pro hac vice*
Alston & Bird LLP
1120 South Tryon Street, Suite 300
Charlotte, NC 28203-6818
Telephone: 704-444-1000
Facsimile: 704-444-1111
Email: william.higgins@alston.com

Robert D. Phillips, Jr., *pro hac vice*
Thomas A. Evans, *pro hac vice*
Alston & Bird LLP
55 Second Street, Suite 2100
San Francisco, CA 94105
Telephone: 415-243-1064
Facsimile: 415-243-1001
Email: bo.phillips@alston.com
Email: tom.evans@alston.com

Andrew J. Tuck, *pro hac vice*
Alston & Bird LLP
1201 West Peachtree Street Nw Suite 4000
Atlanta, GA 30309-3424
Telephone: 404-881-7134
Facsimile: 404-253-8404
Email: andy.tuck@alston.com

Kathy J. Huang, *pro hac vice*
Samuel J. Park, *pro hac vice*
Jonathan Kim, *pro hac vice*
Alston & Bird LLP
350 South Grand Avenue 51st Floor
Los Angeles, CA 90071

2

Telephone: 213-576-1000  
Facsimile: 213-576-1100  
Email: kathy.huang@alston.com  
Email: samuel.park@alston.com  
Email: jonathan.kim@alston.com  

**ATTORNEYS FOR DEFENDANT MIDLAND NATIONAL LIFE INSURANCE COMPANY**