## United States District Court for the Southern District of Iowa

Presiding: Honorable Stephen H. Locher, U.S. District Judge

Case No. 4:25-cv-00020-SHL-SBJ    :    Clerk's Court Minutes – Motion Hearing

| Plaintiff(s) | Defendant(s) |
|---|---|
| Jack R. Bader, individually and on behalf of all others similarly situated, | Midland National Life Insurance Company. |

Plaintiff(s) Counsel: Seth R. Klein and Michael C. Kuehner

Defendant(s) Counsel: William H. Higgins, Michael A. Dee, Tania L. Kazi, and Jennifer Erin Lindberg

Court Reporter: Tonya Gerke    :    Interpreter: N/A

| Motion(s) for Ruling: | Ruling | Ruling Reserved |
|---|---|---|
| Defendant's Motion to Dismiss First Amended Complaint (ECF 43) | | X |

Proceedings:

Court in session with counsel present for a Motion Hearing on Defendant Midland National Life Insurance Company's Motion to Dismiss First Amended Complaint (ECF 43). Counsel for Defendant argues in support of the Motion. Counsel for Plaintiff argues in resistance. Counsel for Defendant argues in rebuttal. The Court considers the Motion fully submitted and will issue a ruling as promptly as possible. Court adjourns.

Time Start: 9:35 a.m.
Time End: 10:42 a.m.
Date: September 9, 2025

/s/ M. Mast
Deputy Clerk